IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. JFM-09-0328** |
| v. | * | |
| **HARVEY M. NUSBAUM and JACK W. STOLLOF** | * | (Sherman Antitrust Act, 15 U.S.C. § 1) |
| **Defendants.** | * | |

DISCLOSURE STATEMENT BY THE UNITED STATES
CONCERNING CORPORATE VICTIMS

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(2), the United States identifies the organizations listed below as victims of the alleged criminal conduct in the above-captioned matter. Further, to the extent such information could be obtained through due diligence, the United States also identifies the parent corporation (if any exists) of each victim and any publicly held corporations that hold at least 10 percent of the victim-organization's stock.

1

4307 Maine Avenue Group
4307 Maine Avenue
Baltimore, MD 21207

Aegis Mortgage Company
P.O. Box 271330
Oklahoma City, OK 73137

AMW, Inc.
52 Longeron Drive
Baltimore, MD 21220

Anne Arundel County
44 Calvert Street
Annapolis, MD 21404

Atlantic Realty Company
710 North Howard Street
Baltimore, MD 21201

Baltimore County
400 Washington Avenue
Towson, MD 21204

Bayview Development, Inc.
20405 Sawgrass Drive
Montgomery Village, MD 20886

BEJ Corporation, Inc.
416 East 25th Street
Baltimore, MD 21218

CGQ Partnership
3714 Bay Drive
Edgewater, MD 20137

City of Baltimore
100 North Holliday Street
Baltimore, MD 21201

Copley Realty, Inc.
1765 East North Avenue
Baltimore, MD 21213

Corsec Management, LLC
P.O. Box 100
Boring, MD 21155

C.P. Baltimore Realty, LLC
1118 South Carey Street
Baltimore, MD 21223

The Cross Foundation
7815 Highpoint Road
Baltimore, MD 21234

Davido Investment Enterprises
2406 Elsinor Avenue
Baltimore, MD 21216

Fresh Start Realty Investment
919 North Bradford Street
Baltimore, MD 21205

Fresh Start Realty Investment
2213 East Chase Street
Baltimore, MD 21213

Howard County
3430 Court House Drive
Ellicott City, Maryland 21043

Intercity Development Company
28 East 25th Street
Baltimore, MD 21218

Knife, Inc.
2207 Duker Court
Baltimore, MD 21231

Kris Kay Properties, LLC
2506 North Calvert Street
Baltimore, MD 21218

Montgomery County
101 Monroe Street
Rockville, MD 20850

2

OLZ Realty Company
3306 Batavia Avenue
Baltimore, MD 21214

Prince George's County
14741 Governor Oden Bowie Drive
Upper Marlboro, MD 20772

Rox Developers, Inc.
1118 South Carey Street
Baltimore, MD 21223

Waverly Stores Corporation
431 East 31st Street
Baltimore, MD 21218


Respectfully submitted this 25th day of June, 2009.

                                                                                             _____
Nancy H. McMillen
Mark C. Grundvig
Matthew J. Bester
Trial Attorneys
Antitrust Division
United States Department of Justice
450 5th Street, N. W., Suite 11300
Washington, D. C.  20530
Tel:  202-307-5777
Fax: 202-514-6525
Nancy.mcmillen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. JFM-09-0328 |
| v. | * | |
| HARVEY M. NUSBAUM and<br>JACK W. STOLLOF | * | (Sherman Antitrust Act, 15 U.S.C. § 1) |
| Defendants. | * | |

CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2009, I served a copy of the Disclosure Statement of the United States Concerning Corporate Victims by electronic mail and overnight mail to the following counsel for the defendants:

Paul Mark Sandler, Esq.
Shaprio, Sher, Guinot & Sandler
36 South Charles Street
Suite 2000
Baltimore, MD 21201-3147
Telephone: 410-385-4272
*Counsel for Harvey M. Nusbaum*

Kirby D. Behre, Esq.
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: 202-551-1719
*Counsel for Jack W. Stollof*

Matthew J. Bester
Trial Attorney, Antitrust Division
United States Department of Justice
450 5th Street, N. W., Suite 11300
Washington, D. C. 20530
Tel: 202-353-3491
Fax: 202-514-1517
Matthew.Bester@usdoj.gov