IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | : | MISC. NO. 07-2404 PWG |
| | : | |
| Target Location 1: | : | |
| 1700 Reisterstown Road, Suite 237 | : | |
| Pikesville, Maryland  21208 | : | |
| | : | |

## MOTION OF THE UNITED STATES TO UNSEAL SEARCH WARRANT AFFIDAVIT

The United States, by and through the undersigned attorneys for the Department of Justice, Antitrust Division, respectfully moves this Court to unseal the Affidavit in Support of Search Warrant filed in the above-captioned case in support of the issuance of a search warrant that was executed at the offices of Nusbaum & Himelfarb, PA in August 2007.  This Affidavit was initially sealed by the Court.  A redacted version was unsealed prior to the indictment in the case of United States of America v. Harvey M. Nusbaum et al., Criminal No. JFM-09-0328.  The United States respectfully requests that the entire Affidavit be unsealed.

A proposed order is attached to this Motion.

                                                           Respectfully submitted,

                                                           <u>/s/ Nancy H. McMillen</u>
                                                           NANCY H. MCMILLEN
                                                           Mark C. Grundvig
                                                           Matthew J. Bester
                                                           Attorneys, Antitrust Division
                                                           U.S. Department of Justice
                                                           450 5th Street, N. W., Suite 1130
                                                           Washington, D. C. 20530
                                                           Telephone: (202)  307-5777
                                                           Facsimile: (202) 514-6525
                                                           E-mail: nancy.mcmillen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, the foregoing MOTION OF THE UNITED STATES TO UNSEAL SEARCH WARRANT AFFIDAVIT and attached Proposed Order was filed electronically and to the best of my knowledge, information and belief, counsel for defendants Harvey M. Nusbaum and Jack W. Stollof will be notified through the Electronic Case Filing System.

/s/ Nancy H. McMillen
NANCY H. MCMILLEN
Mark C. Grundvig
Matthew J. Bester
Attorneys, Antitrust Division
U.S. Department of Justice
450 5th Street, N. W., Suite 1130
Washington, D. C. 20530
Telephone: (202) 307-5777
Facsimile: (202) 514-6525
E-mail: nancy.mcmillen@usdoj.gov