IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *
                                       *
         v.                        *  Criminal No. JFM-09-0328
                                       *
HARVEY NUSBAUM, ET AL.     *
                                    *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 4th day of December 2009

ORDERED

1. Defendant Nusbaum's motion for leave to issue seven subpoenas duces tecum (document 56), that is joined in by defendant Stollof, is denied;

2. Defendant Nusbaum's motion in limine to present evidence showing intent to form a single entity (document 61), that is joined in by defendant Stollof, is denied;

3. The Unites States' motion in limine to preclude evidence or argument that defendants were operating a joint venture (document 63) is granted;

4. Defendant Nusbaum's motion in limine to permit defendant Nusbaum to present evidence and expert testimony relating to the single entity defense (document 64), that is joined in by defendant Stollof, is denied; and

5. The Unites States' motion is limine to preclude expert testimony and compel expert disclosures (document 76) is granted.

                                                __/s/_____
                                                J. Frederick Motz
                                                United States District Judge