IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. JFM-09-0328 |
| HARVEY NUSBAUM, ET AL. | * |

ORDER

Upon consideration of Fred Schulte's motion to intervene and to unseal portions of the record (document 225), it is, this 10th day of February 2011

ORDERED

1. The motion is granted in part and denied in part;

2. Fred Schulte is granted leave to intervene; and

3. The Clerk is directed to send in paper copy to Mr. Schulte (a) a copy of the Sentencing Memorandum filed by the United States, (b) the Addendum Attachment A (a declaration of John Reiff) to the Sentencing Memorandum, and (c) Addendum Attachment B (a letter from the United States to defense counsel) from which the Clerk is to redact the first paragraph.

/s/ J. Frederick Motz
United States District Judge